UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| V. | ) ) | No. 1:24-cr-10334-NMG |
| CARLOS MANUEL RODRIGUEZ, | ) ) ) ) | |
| Defendant. | ) ) | |

**ASSENTED-TO MOTION FOR RELEASE ON CONDITIONS OF BAIL**

Now comes the defendant, Carlos Rodriguez, and respectfully requests that this Honorable Court release him on conditions of bail pursuant to 18 U.S.C. § 3142(a)(1). Consistent with the U.S. Probation Department's recommendation of release, Mr. Rodriguez proposes the following conditions of release:

1. Reside at his family-owned home in Lawrence, MA. Alternatively, upon inspection by the Probation Department, Mr. Rodriguez may reside at the home of his partner, which is also located in Lawrence, MA.[1]

2. Maintain full-time employment with Mejias Demolition, or an alternative form of full-time employment.

3. Subject to electronic monitoring with a curfew deemed appropriate by the Court.[2] The curfew shall be set for a time that permits Mr. Rodriguez to work, which is anticipated to be 7 am to 3 pm daily.

---

[1] For the privacy of Mr. Rodriguez's family and his partner, he has not included their specific home addresses in this motion. However, he has provided both home addresses to the Government and Probation Department.

[2] Although the Probation Department has not recommended electronic monitoring, Mr. Rodriguez is willing to accept such a condition of release as requested by the Government.

4. Surrender any passport to U.S. Probation and Pretrial Services.

5. Do not obtain a passport or any other travel document while this case is pending.

6. Report to U.S. Probation and Pretrial Services as directed.

7. Avoid all contact with witnesses, including co-defendants (list to be provided by the government), unless in the presence of counsel.

8. Not possess a firearm, destructive device, or other weapon without authorization.

Mr. Rodriguez respectfully submits that the proposed conditions appropriately and fairly reflect (a) his strong local roots; (b) his strong familial support; and (c) his lack of any prior criminal convictions. Mr. Rodriguez is a United States citizen. He was raised in Lawerence, where he graduated high school. He also completed some college courses at a local community college. He has a long-time partner who is the mother of his 3-year-old son. Mr. Rodriguez has maintained full-time employment in the past and is prepared to work full-time upon release from custody. He has every reason to abide by the proposed conditions of release. Simply stated, Mr. Rodriguez is a strong candidate for release pending trial.

Respectfully submitted,
Carlos Rodriguez,

By his Attorney,

/s/ Michael R. DiStefano
Michael R. DiStefano (BBO #675615)
Todd & Weld LLP
One Federal Street
Boston, MA  02110
(617) 720-2626
mdistefano@toddweld.com

Dated: November 7, 2024

**CERTIFICATE OF SERVICE**

I, Michael R. DiStefano, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 7, 2024.

/s/ Michael R. DiStefano